**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **Charles Foley, Individually and on Behalf of All Others Similarly Situated,** : : : | Case No.: 2:21-cv-05234-SDM-KAJ |
| Plaintiff, : : | Judge Sarah D. Morrison |
| v. : : | Magistrate Judge Kimberly A. Jolson |
| **Wildcat Investments, LLC,** : : | |
| Defendant. : | |

**NOTICE OF FILING EXHIBIT**

Now comes Defendant, by and through counsel, and gives Notice of filing of Exhibit A, Affidavit of Gregg Majewski, in relation to its Supplemental Brief in Opposition, previously filed with the Court.

Respectfully submitted,

*/s/ Patrick Kasson*
Patrick Kasson (0055570)
Thomas J. Spyker (0098075)
**Reminger Co., LPA**
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
Tel: (614) 228-1311 | Fax: (614) 232-2410
pkasson@reminger.com
tspyker@reminger.com

*Counsel for Defendant Wildcat Investments, LLC*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all parties, via the Court's CM/ECF e-filing system, on this 30th day of June 2023:

*/s/ Patrick Kasson*
Patrick Kasson (0055570)
Thomas J. Spyker (0098075)
