UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Charles Foley, Individually and on Behalf of All Others Similarly Situated, | : : : |
| | : Case No.: 2:21-cv-05234-SDM-KAJ |
| Plaintiff, | : : Judge Sarah D. Morrison |
| v. | : : Magistrate Judge Kimberly A. Jolson |
| Wildcat Investments, LLC, | : : |
| Defendant. | : |

**JOINT MOTION FOR EXTENSION CASE DEADLINES**

Now come the parties, jointly, by and through counsel, and request extensions of certain case deadlines, in light of the Court's recent Order. The Parties request the extension of case calendar as follows:

|   |   |
|---|---|
| Witness Disclosure: | August 30, 2023 |
| Expert Reports: | September 29, 2023 |
| Discovery Deadline: | November 30, 2023 |
| Dispositive Motions: | January 2, 2023 |

This Motion is not being brought for purposes of delay. Because this is a joint motion, no party will be prejudiced by the extension of the case calendar.

Respectfully submitted,

| | |
|---|---|
| */s/ Patrick Kasson* | */s/ Josh Sanford (per email authority)* |
| Patrick Kasson (0055570) | Josh Sanford (*admitted pro hac vice*) |
| Mrinali Sethi (0101295) | Ark. Bar No. 2001037 |
| Reminger Co., LPA | Sanford Law Firm, PLLC |
| 200 Civic Center Drive, Suite 800 | Kirkpatrick Plaza |
| Columbus, Ohio 43215 | 10800 Financial Centre Parkway, Suite 510 |
| Tel: (614) 228-1311 \| Fax: (614) 232-2410 | Little Rock, Arkansas 72211 |
| pkasson@reminger.com | Telephone: (501) 221-0088 |
| msethi@reminger.com | Facsimile: (888) 787-2040 |
| Counsel for Defendant | josh@sanfordlawfirm.com |
| Wildcat Investments, LLC | *Lead Counsel for Plaintiffs* |
| *Counsel for Defendant Wildcat Investments, LLC* | |
| | */s/ Robert E. DeRose (per email authority)* |
| | Robert E. DeRose (0055214) |
| | Brian R. Noethlich (0086933) |
| | Barkan Meizlish DeRose Cox, LLP |
| | 4200 Regent Street, Suite 210 |
| | Columbus, Ohio 43219 |
| | Telephone: (614) 221-4221 |
| | Facsimile: (614) 744-2300 |
| | bderose@barkanmeizlish.com |
| | bnoethlich@barkanmeizlish.com |
| | *Local Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of the U.S. District Court, Southern District of Ohio, Eastern Division, on the 12th day of September, 2023, using the Electronic Case Filing system of the Court, and that the attorneys listed below are registered to receive from the Clerk of the Court an electronic copy thereof:

| | |
|---|---|
| Josh Sanford (*admitted pro hac vice*) | Robert E. DeRose (0055214) |
| Ark. Bar No. 2001037 | Brian R. Noethlich (0086933) |
| Sanford Law Firm, PLLC | Barkan Meizlish DeRose Cox, LLP |
| Kirkpatrick Plaza | 4200 Regent Street, Suite 210 |
| 10800 Financial Centre Parkway, Suite 510 | Columbus, Ohio  43219 |
| Little Rock, Arkansas  72211 | Telephone:  (614) 221-4221 |
| Telephone:  (501) 221-0088 | Facsimile:   (614) 744-2300 |
| Facsimile:   (888) 787-2040 | bderose@barkanmeizlish.com |
| josh@sanfordlawfirm.com | bnoethlich@barkanmeizlish.com |
| *Lead Counsel for Plaintiffs* | *Local Counsel for Plaintiffs* |

*/s/ Patrick Kasson*
Patrick Kasson (0055570)