# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHARLES FOLEY,**

    **Plaintiff,**

v.                                         **Civil Action 2:21-cv-5234**
                                           **Judge Sarah D. Morrison**
                                           **Magistrate Judge Jolson**

**WILDCAT INVESTMENTS, LLC,**

    **Defendant.**

## NUNC PRO TUNC ORDER

This matter is before the Court on the Parties' Joint Motion for Extension of Case Deadlines. (Doc. 36). The motion is **GRANTED**. The status conference set for September 14, 2023, is **VACATED**. The Court adopts the following schedule:

- Witness Disclosure: August 30, 2023
- Expert Reports: September 29, 2023
- Discovery Deadline: November 30, 2023
- Dispositive Motions: January 2, 2024

IT IS SO ORDERED.

Date:  September 13, 2023                             /s/ Kimberly A. Jolson
                                                            KIMBERLY A. JOLSON
                                                            UNITED STATES MAGISTRATE JUDGE