UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Charles Foley, Individually and on Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : | Case No.: 2:21-cv-05234-SDM-KAJ |
| v. | : : : | Judge Sarah D. Morrison |
| Wildcat Investments, LLC, | : : : | Magistrate Judge Kimberly A. Jolson |
| Defendant. | : | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff and Defendant submit this Joint Notice of Settlement to apprise the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiff. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within twenty-one (21) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

| | |
|---|---|
| */s/ Patrick Kasson* | */s/ Josh Sanford* |
| Patrick Kasson (0055570) | Josh Sanford (*admitted pro hac vice*) |
| Thomas J. Spyker (0098075) | Ark. Bar No. 2001037 |
| Reminger Co., LPA | Sanford Law Firm, PLLC |
| 200 Civic Center Drive, Suite 800 | Kirkpatrick Plaza |
| Columbus, Ohio  43215 | 10800 Financial Centre Parkway, Suite 510 |
| Tel: (614) 228-1311 \| Fax: (614) 232-2410 | Little Rock, Arkansas  72211 |
| pkasson@reminger.com | Telephone:  (501) 221-0088 |
| tspyker@reminger.com | Facsimile:   (888) 787-2040 |
| | josh@sanfordlawfirm.com |
| *Counsel for Defendant Wildcat Investments, LLC* | *Lead Counsel for Plaintiffs* |

Robert E. DeRose (0055214)
Brian R. Noethlich (0086933)
Barkan Meizlish DeRose Cox, LLP
4200 Regent Street, Suite 210
Columbus, Ohio  43219
Telephone:  (614) 221-4221
Facsimile:   (614) 744-2300
bderose@barkanmeizlish.com
bnoethlich@barkanmeizlish.com
*Local Counsel for Plaintiffs*