UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Charles Foley, Individually | : | |
| and on Behalf of All Others | : | |
| Similarly Situated, | : | Case No.: 2:21-cv-05234-SDM-KAJ |
| | : | |
| Plaintiff, | : | Judge Sarah D. Morrison |
| | : | |
| v. | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| Wildcat Investments, LLC, | : | |
| | : | |
| Defendant. | : | |

## **JOINT STATUS REPORT**

Plaintiff Charles Foley, individually and on behalf of all others similarly situated, and Defendant Wildcat Investments, LLC, by and through their respective undersigned counsel, submit the following Joint Status Report

1.      On January 22, 2024, the Parties filed a Joint Notice of Settlement informing the Court that the Parties had reached a settlement in principle that would resolve all claims in this case. (ECF No. 40)

2.      Further, the Parties stated that they anticipated filing dismissal documents or a status report by February 13, 2024.

3.      Significant progress has been made and the Parties have finalized and partially executed a formal written settlement agreement.

4.      However, the Parties require more time to obtain all signatures and edit their Motion for Approval.

5.      The Parties anticipate filing dismissal documents or another joint status report by February 20, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Mrinali Sethi* | */s/ Josh Sanford* |
| Patrick Kasson (0055570) | Josh Sanford (*admitted pro hac vice*) |
| Mrinali Sethi (0101295) | Ark. Bar No. 2001037 |
| Reminger Co., LPA | Sanford Law Firm, PLLC |
| 200 Civic Center Drive, Suite 800 | Kirkpatrick Plaza |
| Columbus, Ohio  43215 | 10800 Financial Centre Parkway, Suite 510 |
| Tel: (614) 228-1311 | Fax: (614) 232-2410 | Little Rock, Arkansas  72211 |
| pkasson@reminger.com | Telephone:  (501) 221-0088 |
| msethi@reminger.com | Facsimile:   (888) 787-2040 |
| | josh@sanfordlawfirm.com |
| *Counsel for Defendant Wildcat Investments, LLC* | *Lead Counsel for Plaintiffs* |

Robert E. DeRose (0055214)
Brian R. Noethlich (0086933)
Barkan Meizlish DeRose Cox, LLP
4200 Regent Street, Suite 210
Columbus, Ohio  43219
Telephone:  (614) 221-4221
Facsimile:   (614) 744-2300
bderose@barkanmeizlish.com
bnoethlich@barkanmeizlish.com
*Local Counsel for Plaintiffs*