UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Charles Foley, Individually and on Behalf of All Others Similarly Situated, | : : : : |
| Plaintiff, | : Case No.: 2:21-cv-05234-SDM-KAJ : : Judge Sarah D. Morrison : |
| v. | : Magistrate Judge Kimberly A. Jolson : |
| Wildcat Investments, LLC, | : : |
| Defendant. | : |

**JOINT STATUS REPORT**

Plaintiff Charles Foley, individually and on behalf of all others similarly situated, and Defendant Wildcat Investments, LLC, by and through their respective undersigned counsel, submit the following Joint Status Report

1. On January 22, 2024, the Parties filed a Joint Notice of Settlement informing the Court that the Parties had reached a settlement in principle that would resolve all claims in this case. (ECF No. 40)

2. On February 13, 2024, the Parties filed a joint status report informing the Court that they needed additional time to finalize their Joint Motion for Approval and fully execute their written settlement agreement.

3. The Parties have drafted and finalized their Joint Motion for Approval.

4. However, the Parties require more time to obtain all signatures on their formal written settlement agreement.

5. The Parties anticipate submitting their Joint Motion for Approval and dismissal documents, or another joint status report by February 28, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Mrinali Sethi* | */s/ Josh Sanford* |
| Patrick Kasson (0055570) | Josh Sanford (*admitted pro hac vice*) |
| Mrinali Sethi (0101295) | Ark. Bar No. 2001037 |
| Reminger Co., LPA | Sanford Law Firm, PLLC |
| 200 Civic Center Drive, Suite 800 | Kirkpatrick Plaza |
| Columbus, Ohio 43215 | 10800 Financial Centre Parkway, Suite 510 |
| Tel: (614) 228-1311 \| Fax: (614) 232-2410 | Little Rock, Arkansas 72211 |
| pkasson@reminger.com | Telephone: (501) 221-0088 |
| msethi@reminger.com | Facsimile: (888) 787-2040 |
| | josh@sanfordlawfirm.com |
| *Counsel for Defendant Wildcat Investments, LLC* | *Lead Counsel for Plaintiffs* |
| | |
| | Robert E. DeRose (0055214) |
| | Brian R. Noethlich (0086933) |
| | Barkan Meizlish DeRose Cox, LLP |
| | 4200 Regent Street, Suite 210 |
| | Columbus, Ohio 43219 |
| | Telephone: (614) 221-4221 |
| | Facsimile: (614) 744-2300 |
| | bderose@barkanmeizlish.com |
| | bnoethlich@barkanmeizlish.com |
| | *Local Counsel for Plaintiffs* |