UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Exhibit 2

| | |
|---|---|
| Charles Foley, Individually and on Behalf of All Others Similarly Situated, | : : : |
| Plaintiff, | : Case No.: 2:21-cv-05234-SDM-KAJ : |
| v. | : Judge Sarah D. Morrison : |
| Wildcat Investments, LLC, | : Magistrate Judge Kimberly A. Jolson : : |
| Defendant. | : |

**PROPOSED ORDER**

This matter is before the Court pursuant to the Parties' Joint Motion for Approval of FLSA Settlement and Entry of Order of Dismissal of All Claims with Prejudice [Doc.#__].

This action involves various claims and allegations asserted by Plaintiff. Plaintiff's claims are multi-faceted and include allegations of violations of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, et seq. ("FLSA"), Article II, Section 34 of the Ohio Constitution, the Ohio Minimum Fair Wage Standards Act, and the Ohio Prompt Pay Act, for allegedly unpaid or improperly paid wages and compensation, statutory/liquidated damages, attorneys' fees, and costs. Defendant denies any liability.

After engaging in protracted negotiations, the Parties have reached a settlement of all pending claims, including the FLSA claims. The Parties have executed a Settlement Agreement and Release of FLSA Claims, a true and accurate copy of which has been submitted for the Court's review and approval.

Based on the submissions of counsel and the entire record in this matter, this Court finds the Parties' Joint Motion to be well taken, and hereby grants the same, and hereby approves the FLSA

1

settlement. The settlement of the FLSA claims is hereby approved on the terms and conditions set forth in the Settlement Agreement and Release of FLSA Claims as submitted to the Court. The matter is therefore dismissed, in its entirety, with prejudice to any re-filing of the same, with each party to bear its own costs except as specified in the Settlement Agreement and Release of FLSA Claims, and with this Court retaining jurisdiction to enforce the terms of the settlement, if needed.

**IT IS SO ORDERED** this _____ day of _____, 2024.

_____
**SARAH J. MORRISON**
**U.S. DISTRICT JUDGE**

AGREED:

*/s/ Josh Sanford*
Josh Sanford (*admitted pro hac vice*)
Ark. Bar No. 2001037
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas  72211
Telephone:  (501) 221-0088
Facsimile:   (888) 787-2040
josh@sanfordlawfirm.com
*Lead Counsel for Plaintiffs*

*/s/ Mrinali Sethi*
Patrick Kasson (0055570)
Mrinali Sethi (0101295)
Reminger Co., LPA
200 Civic Center Drive, Suite 800
Columbus, Ohio  43215
Tel: (614) 228-1311 | Fax: (614) 232-2410
pkasson@reminger.com
msethi@reminger.com
Counsel for Defendant
Wildcat Investments, LLC
*Counsel for Defendant Wildcat Investments, LLC*

*/s/ Robert E. DeRose*
Robert E. DeRose (0055214)
Brian R. Noethlich (0086933)
Barkan Meizlish DeRose Cox, LLP
4200 Regent Street, Suite 210
Columbus, Ohio  43219
Telephone:  (614) 221-4221
Facsimile:   (614) 744-2300
bderose@barkanmeizlish.com
bnoethlich@barkanmeizlish.com
*Local Counsel for Plaintiffs*